**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| RENE R. GONZALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-05-548 |
| | § | |
| CITY OF CORPUS CHRISTI, | § | |
| | § | |
| Defendant. | § | |
| | § | |

### ORDER STAYING DISCOVERY

On Friday January 13, 2006, the Court held an initial pretrial conference in the above-styled action.  At the conference, the parties agreed to a stay of discovery while they briefed the issue of the Defendant Corpus Christi's governmental immunity from suit.  The Defendant requested two weeks from the date of the initial pretrial conference to brief the issue, and the Plaintiff requested an additional two weeks to respond.  Based on the parties' agreement, the Court hereby STAYS all discovery in the case until Friday February 10, 2006.  The parties indicated at the conference that the stay would not affect the Court's Scheduling Order in the case.  Therefore, all deadlines contained in the Scheduling Order remain in effect.

SIGNED and ENTERED this 25th day of January, 2006.

_____
Janis Graham Jack
United States District Judge